UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAMS

CIVIL ACTION

VERSUS

20-139-SDD-EWD

AMERICAN COMMERCIAL
LINES, INC., ET AL.

## RULING

The Court has carefully considered the *Complaint*[1] filed by the Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated July 23, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Complaint* is hereby DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction on the Court's own motion, and the Motions to Dismiss or for a More Definite Statement filed by certain defendants (Rec. Docs. 12, 18 and 22), are hereby GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to amend his *Complaint*.

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 26.
[3] Rec. Doc. 34.

**IT IS FURTHER ORDERED** that any remaining pending motions (Rec. Docs. 15 and 19) are hereby DENIED without prejudice to re-urging, if necessary.

Signed in Baton Rouge, Louisiana on August 7, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**