## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAMS | CIVIL ACTION |
| VERSUS | 20-139-SDD-EWD |
| AMERICAN COMMERCIAL LINES, INC., ET AL. | |

### RULING

The Court, after carefully considering the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated July 29, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's claims are *sua sponte* DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana on September 9, 2021.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 42 and 43.
[2] Rec. Doc. 44.